### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCCROREY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 22-02227** |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **2nd** day of **August 2023**, upon consideration of Defendant, City of Philadelphia's Memorandum of Law Requesting Redaction of the Court's Memorandum Decision Granting Summary Judgment (ECF No. 49), it is **hereby ORDERED** that the request is **GRANTED**.

The unredacted Memorandum granting Defendant's Motion for Summary Judgment (ECF No. 47) **shall remain under seal**. Accompanying this Order is a redacted version of the Memorandum for public viewing.

The Clerk shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**